COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JOSE A. LOPEZ,                          §

                    Appellant,          §                    No. 08-12-00358-CR

                                        §                    Appeal from the

v.                                      §

THE STATE OF TEXAS,                     §                    83rd Judicial District Court

                                        §                    of Terrell County, Texas

                    Appellee.           §

                                        §                    (TC# 716)

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.2(a). As required by the rule, Appellant and his attorney have signed the motion to dismiss. Further, the Clerk of this Court has forwarded a duplicate copy of the motion to the clerk of the trial court. Because Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


February 6, 2013                            GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)